STATE v. TORAIN

No. 428P99

Case below: 134 N.C.App. 500

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 4 November 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 November 1999.

STATE v. WALKER

No. 76A95-2

Case below: Guilford County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Guilford County, denied 7 October 1999. Motion by defendant for summary reversal denied 7 October 1999.

STATE v. WHITE

No. 511PA99

'Case below: 135 N.C.App. 349

Petition by Attorney General for writ of supersedeas and motion for temporary stay allowed 5 November 1999. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 5 November 1999.

SURRATT v. SPRINKLE

No. 336P99

Case below: 134 N.C.App. 188

Petition by defendant (Richard Leon Sprinkle) for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.

TELESCA v. SAS INST., INC.

No. 341P99

Case below: 133 N.C.App. 653

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.